IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL BRAINERD,                               04-CV-1735-JE

        Petitioner,                         ORDER

v.

GUY HALL, Superintendent, Two
Rivers Correctional Institution,

        Respondent.


**STEVEN T. WAX**
Federal Public Defender
**C. RENEE MANES**
Assistant Federal Public Defender
101 SW Main Street
Suite 1700
Portland, OR  97201
(503) 326-2123

        Attorneys for Petitioner

**HARDY MYERS**
Attorney General
**DOUGLAS Y.S. PARK**
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR  97301-4096
(503) 378-6313

        Attorneys for Respondent

1 - ORDER

**BROWN, Judge.**

Magistrate Judge John Jelderks issued Findings and Recommendation (#54) on April 11, 2007, in which he recommended the Court deny Petitioner's First Amended Petition for Writ of Habeas Corpus (#14) and dismiss this matter with prejudice. Petitioner filed timely objections to the Findings and Recommendation.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report.  28 U.S.C. § 636(b)(1).  *See also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988); *McDonnell Douglas Corp. v. Commodore Business Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).

This Court has carefully considered Petitioner's Objections and concludes they do not provide a basis to modify the Findings and Recommendation.  This Court also has reviewed the pertinent portions of the record *de novo* and does not find any error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#54), **DENIES** Petitioner's First Amended Petition

2 - ORDER

for Writ of Habeas Corpus (#14), and **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 30th day of May, 2007.


                              /s/ Anna J. Brown

                              ANNA J. BROWN
                              United States District Judge